**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

THERESA C. W. PRYOR-KENDRICK,
ADC # 708204                                                                                                    PLAINTIFF

V.                                            1:10-cv-00002-JLH-JJV

JEFFREY T. DEEN, Lt., McPherson Unit,
Arkansas Department of Correction, *et al.*                                                      DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Chief Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence to be proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

      3.      The details of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff, Teresa C. W. Pryor-Kendrick, incarcerated at the East Arkansas Regional Unit of the Arkansas Department of Correction, filed a *pro se* complaint (Doc. No. 1) pursuant to 42 U.S.C. § 1983. On January 22, 2010, the Court entered an order (Doc. No. 3) directing Plaintiff to file an application for *in forma pauperis* status or pay the filing fee in full. She has now filed her application (Doc. No. 5). However, because Pryor-Kendrick is subject to the three-strikes provision of the Prison Litigation Reform Act ("PLRA"), the Court recommends her claims be dismissed.

The three-strikes provision of the PLRA requires the Court to dismiss a prisoner's *in forma pauperis* action at any time, *sua sponte* or upon a motion of a party, if the prisoner has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The United States Court of Appeals for the Eighth Circuit has explicitly upheld the constitutionality of this three-strikes provision. *Higgins v. Carpenter*, 258 F.3d 797 (8th Cir. 2001).

Plaintiff exceeded her limit of three meritless causes of action in the Western District of Arkansas, which qualify as strikes under § 1915(g). *See e.g., Kendrick v. Ardnt et al.*, Case no. 08-5242, 2009 WL 1229886, slip copy (W.D. Ark. May 1, 2009), *citing Pryor-Kendrick v. Clinger, et al.*, Civil No. 06-5197 (dismissed as frivolous on December 14, 2006); *Pryor-Kendrick v. Gunn, et al.*, Civil No. 06-5196 (dismissed as frivolous on December 8, 2006); *Pryor-Kendrick v. Keith, et al.*, Civil No. 06-5195 (dismissed as frivolous on October 11, 2006); *Pryor-Kendrick v. Newton, et al.*, Civil No. 05-5177 (dismissed as frivolous on December 2, 2005).

Plaintiff has failed to show she should be relieved from the three-strikes provision because of imminent danger of serious physical injury. To qualify for the imminent danger exception to the three-strikes provision, a plaintiff must allege facts that establish conditions involving imminent danger of serious bodily injury at the time of filing the complaint. *McAlphin v. Toney,* 281 F.3d 709 (8th Cir. 2002). Kendrick is not currently in imminent danger of serious physical injury. *Cf. Ashley v. Dilworth*, 147 F.3d 715, 717 (8th Cir. 1998) (finding allegations of ongoing danger sufficient where prisoner specified two incidents where he had suffered harm and allegations were supported by documentary evidence, including corroborative prisoner disciplinary reports). After carefully scrutinizing Plaintiff's complaint, the Court finds no basis to relieve Pryor-Kendrick from the three-strikes provision.

IT IS THEREFORE RECOMMENDED that Plaintiff's claims be DISMISSED WITHOUT PREJUDICE and her motion for leave to proceed *in forma pauperis* be DENIED. Plaintiff may proceed with this action by submitting the $350.00 statutory filing fee to the Clerk of the Court within ten (10) days of the date of entry of this Order. All pending motions should be DENIED as moot.

IT IS FURTHER RECOMMENDED that the Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 17th day of March, 2010.

                                                                               _____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE