### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### BATESVILLE DIVISION

THERESA C. W. PRYOR-KENDRICK,                                                                PLAINTIFF
ADC # 708204

v.                                           No. 1:10CV00002 JLH-JJV

JEFFREY T. DEEN, Lt., McPherson Unit,
Arkansas Department of Correction, *et al.*                                                 DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

.        IT IS THEREFORE ORDERED that:

1)       Plaintiff's claims are DISMISSED WITHOUT PREJUDICE and her Motion for Leave to Appeal *In Forma Pauperis* is DENIED. Should Plaintiff, within ten (10) days of the date of entry of this Order, submit the statutory filing fee of $350.00 to the Clerk of the Court, noting the case style and number, her case may be re-opened. Plaintiff's Complaint will still be subject to the screening provision of the Prison Litigation Reform Act.

2)       All pending motions are DENIED as moot;

3)       The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED this 13th day of April, 2010.

                                                                            *J. Leon Holmes*
                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE