**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

THERESA C. W. PRYOR-KENDRICK,                                              PLAINTIFF
ADC # 708204

v.                                    No. 1:10CV00002 JLH-JJV

JEFFREY T. DEEN, Lt., McPherson Unit,
Arkansas Department of Correction, *et al.*                               DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

DATED this 13th day of April, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE